[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1823

 ALFA SEAFOOD COMPANY, INC.,

 Plaintiff, Appellant,

 v.

 CARIBBEAN SEAFOOD, INC., ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Raymond L. Acosta, Senior U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Philip E. Roberts on brief for appellant. 
Miguel E. Miranda on brief for appellee Leonel Diaz. 
William M. Vidal Carvajal on brief for appellees Caribbean 
Seafood, Inc., Ernesto Cabeza and Jorge Cabrera.

 

 November 12, 1997
 

 Per Curiam. Upon careful consideration of the parties' 

briefs and the record provided for our review, we conclude

that the district court properly denied appellant's motion

under Puerto Rico R. Civ. P. 51.7. We reach this conclusion

substantially for the reasons stated by the district court.

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-